USCA1 Opinion

 

 December 31, 1992 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 92-1753 ERNEST HOWARD NELSON, Plaintiff, Appellant, v. MERRIMACK COUNTY HOUSE OF CORRECTIONS, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Norman H. Stahl, U.S. District Judge] ___________________ ____________________ Before Selya, Cyr and Boudin, Circuit Judges. ______________ ____________________ Ernest Howard Nelson on brief pro se. ____________________ Wayne C. Beyer, Richard C. Dale, II, and Cleveland, Waters and _______________ _____________________ _____________________ Bass, P.A. on brief for appellee. __________ ____________________ ____________________ Per Curiam. The judgment is affirmed for the ___________ reasons stated in the magistrate's May 13, 1992 report and recommendations. Appellant's motion for default judgment is denied. Affirmed. Loc. R. 27.1. ________